# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-0095
_____

JOHN RICHARD
MCDOWELL,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

June 5, 2018

PER CURIAM.

     AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Glenna Reeves, Assistant Public Defender, Tallahassee, and Donald B. Mairs of the Mairs Law Firm, Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Assistant Attorney General, and Jason Rodriguez, Assistant Attorney General, Tallahassee, for Appellee.